**Bill JONES, Appellant, v. STATE of Texas, Appellee. (No. 12995.)**

Court of Criminal Appeals of Texas. Oct. 23, 1929.

Earl M. Greer, of Wills Point, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, unlawful possession of equipment for manufacturing intoxicating liquor; penalty, one year.

The record is bare of any statement of facts or bill of exception, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**John B. JORDAN, Appellant, v. STATE of Texas, Appellee. (No. 12940.)**

Court of Criminal Appeals of Texas. Oct. 23, 1929.

W. A. Rowe, of Houston, for appellant.
O'Brien Stevens, Cr. Dist. Atty., of Houston, and A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, burglary; penalty, two years.

The record is bare of any statement of facts or bill of exception, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Bob KENNEDY, Appellant, v. STATE of Texas, Appellee. (No. 12866.)**

Court of Criminal Appeals of Texas. Oct. 16, 1929.

E. T. Scott, of Amarillo, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful possession for the purpose of sale of intoxicating liquor; penalty, two years.

The record is bare of any statement of facts or bill of exceptions, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**B. E. KIMBRELL, Appellant, v. STATE of Texas, Appellee (2 cases). (Nos. 13031, 13110.)**

Court of Criminal Appeals of Texas. Oct. 23, 1929.

D. T. Moore, of Hillsboro, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is selling intoxicating liquor; the punishment, confinement in the penitentiary for one year.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**B. E. KIMBRELL, Appellant, v. STATE of Texas, Appellee. (No. 13111.)**

Court of Criminal Appeals of Texas. Oct. 23, 1929.

D. T. Moore, of Hillsboro, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful sale of intoxicating liquor; penalty, one year.

Appellant has filed an affidavit in proper form asking that his appeal be dismissed.

Granted, and appeal dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.